No. 193 March 27, 2024 627

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

MICHAEL CORONADO,
*Defendant-Appellant.*

Umatilla County Circuit Court
17CR33152, 17CR52198, 18CR76015;
A180242 (Control), A180243, A180244

Christopher R. Brauer, Judge.

Submitted February 13, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Carla E. Edmondson, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Affirmed.

**EGAN, J.**

In this consolidated appeal, defendant appeals from three judgments revoking probation and sentencing him to 180 days in jail. His appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

In November 2018, in Case No. 17CR33152, defendant pleaded guilty to possession of methamphetamine, ORS 475.894 (Count 1), possession of cocaine, ORS 475.884 (Count 2), and driving under the influence of intoxicants, ORS 813.010 (Count 3). On Counts 1 and 2, the trial court sentenced defendant to 18 months of supervised probation. On Count 3, the trial court sentenced defendant to 36 months of bench probation.

At the same hearing, in Case No. 17CR52198, defendant pleaded guilty to possession of methamphetamine, ORS 475.894, and was sentenced to 18 months of supervised probation. Also at that hearing, in Case No. 18CR76015, defendant pleaded guilty to first-degree failure to appear, ORS 162.205, and was sentenced to 24 months of supervised probation.

In 2019 and 2020, there were numerous allegations that defendant was not complying with the terms of his probation, but his probation was not revoked. However, in November 2022, after defendant admitted to allegations of probation violations in each of the three cases, the trial court revoked his probation. In both Case No. 17CR33152 and Case No. 17CR52198, defendant was sentenced to 180 days in jail and one year of post-prison supervision (PPS). In Case No. 18CR76015, defendant was sentenced to 180 days in jail and two years of PPS. The trial court ordered the sentences to run concurrently.

Having reviewed the record in each of these consolidated cases, including the trial court files and the transcript

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).

of the hearings, and taking into account our statutorily circumscribed authority to review, *see* ORS 138.105(5), and having also reviewed appointed counsel's brief, we have identified no arguably meritorious issues.

Affirmed.